UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN HOVER, et al., | CASE NO. C16-1243JLR |
| Plaintiffs, | ORDER |
| v. | |
| GMAC MORTGAGE CORPORATION, et al., | |
| Defendants. | |

On March 21, 2017, the court granted Defendants Nationstar Mortgage, LLC ("Nationstar"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Federal National Mortgage Association's ("Fannie Mae") (collectively "Dismissed Defendants") second motion to dismiss (2d MTD (Dkt. # 20)) and dismissed with prejudice Plaintiffs Lynn Hover and Mila Hover's (collectively, "the Hovers") private nuisance, unjust enrichment, and fraud claims against Dismissed Defendants (3/21/17 Order (Dkt. # 28)). The court also ordered the Hovers to show cause why the court should not dismiss

ORDER - 1

without prejudice their claims against the remaining defendants: GMAC Mortgage LLC ("GMAC"), "Residential Mortgage Lender," Northwest Trustee Services, Inc. ("NWTS"), and John or Jane Does 1-1000 (collectively, "Remaining Defendants"). (*Id.* at 2, 13-15.) The Hovers responded by filing a notice of voluntary dismissal of GMAC, Residential Mortgage Lender, and NWTS. (Not. (Dkt. # 29).)

The Hovers' notice purports to retain their action against Dismissed Defendants and John or Jane Does 1-1000. (*Id.* at 2.) However, the court dismissed with prejudice the Hovers' claims against Dismissed Defendants. (3/21/17 Order at 8-13.) The court also included John or Jane Does 1-1000 among the defendants that the Hovers appeared to have failed to serve. (*Id.* at 14 & n.10.) The Hovers' notice fails to show cause why the court should not dismiss their claims against John or Jane Does 1-1000 without prejudice for failure to serve. (*See id.* (citing Fed. R. Civ. P. 4(m)); Not.)

Based on the Hovers' voluntary dismissal of GMAC, Residential Mortgage Lender, and NWTS, and the Hovers' failure to show cause why their claims against John or Jane Does 1-1000 should not be dismissed without prejudice for failure to serve, the court DISMISSES the Hovers' claims against Remaining Defendants without prejudice. Because all of the Hovers' claims have been dismissed, the court DIRECTS the Clerk to enter judgment and terminate this action.

Dated this 5th day of April, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2